Elton EDWARDS, Pro Se, Petitioner

v.

Kimberly A. BARKLEY, Secretary
Pennsylvania Board of Probation
and Parole, et al. Respondent

No. 181 EM 2016

Supreme Court of Pennsylvania.

December 29, 2016

## ORDER

PER CURIAM

AND NOW, this 29th day of December, 2016, the Application for Leave to File

Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.